UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TRICHE L. SAUCIER** | **CIVIL ACTION** |
| **VERSUS** | **NO:    20-2373** |
| **KILOLO KIJAKAZI, ACTING COMMISSION OF SOCIAL SECURITY** | **SECTION: "R" (4)** |

## REPORT AND RECOMMENDATION

Before the Court is Defendant's **Unopposed Motion to Reverse and Remand** (R. Doc. 33). In February 2016, Saucier filed an application for Disability Insurance Benefits and received and administrative level denial. R. Doc. 26, p. 2. A hearing then occurred before ALJ Wiedemann and who issued an unfavorable decision. *Id.* The case was remanded to the ALJ for further proceedings after which the ALJ again issued an unfavorable decision and finding that Saucier was not disabled. *Id.*

In their motion Defendant suggests that there is evidence that was not considered when issuing the decision denying benefits. As such, Defendant seeks the Court to enter judgement reversing the decision of the Commissioner and remanding the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly,

It is the **RECOMMENDATION OF THIS COURT** that the Defendant's **Motion to Reverse and Remand (R. Doc. 33) be GRANTED.**

New Orleans, Louisiana, this 18th day of November 2021.

**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**