UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TRICHE L. SAUCIER | CIVIL ACTION |
| VERSUS | NO. 20-2373 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "R" (4) |

# ORDER

On November 3, 2021, defendant Kilolo Kijakazi, the Acting Commissioner of Social Security, filed a motion to remand plaintiff Triche Saucier's social-security case to the Commissioner.[1] Defendant requested that the Court enter an order and judgment reversing and remanding the decision of the Administrative Law Judge for further administrative proceedings, pursuant to 42 U.S.C. § 405(g).[2] Plaintiff did not oppose the motion. On November 18, 2021, Magistrate Judge Karen Wells Roby issued a Report and Recommendation ("R&R"), recommending that the Court grant defendants' unopposed motion to reverse and remand.[3]

No party objected to the R&R. Therefore, the Court reviews the R&R for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note

---

[1] R. Doc. 33.
[2] *Id.* at 3.
[3] R. Doc. 34.

(1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Roby's R&R as its opinion.

Accordingly, defendant's unopposed motion to reverse and remand is GRANTED. The Court remands this matter to the Commissioner for further administrative proceedings.

New Orleans, Louisiana, this __8th__ day of December, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE